UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LYNN SNOWDEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06CV743 CDP |
| ) | |
| WALGREEN COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon due consideration,

**IT IS HEREBY ORDERED** that plaintiff's amended complaint filed in St. Louis Circuit Court on April 27, 2006, prior to removal of the case to this Court, is considered filed as of today. The Clerk shall add Ronald Snowden as a plaintiff and change the defendant's name to 'Walgreen Company.'

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of <u>June</u>, 2006.