IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LYNN SNOWDEN and RONALD SNOWDEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>WALGREEN DRUG STORES, INC.,<br><br>    Defendant. | Cause No.:  4:06cv00743 CDP |

## STIPULATION FOR DISMISSAL

Comes now the parties in the above styled cause and show to the Court that the claim of Lynn Snowden and Ronald Snowden has been fully settled, compromised and satisfied and move the Court that said cause be and the same is, hereby dismissed with prejudice to the plaintiff.  Each party to bear their own costs.

COFMAN & TOWNSLEY, LLP


By   /s/ Stuart Cofman
         Stuart Cofman #44562
         Attorney for Plaintiffs
         319 N. Fourth St., #400
         St. Louis, MO 63102
         314-621-2005
         314-621-3118 - Fax
         sc@cofmantownsley.com-email